COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-20-00832-CV |
| Style: | International Alliance Group and Triten Corporation |
| | v. Koch Industries, Inc., Koch Engineered Solutions, LLC, and David Dotson |
| Date motion filed: | February 22, 2022 |
| Type of motion: | Unopposed Motion to Postpone Oral Argument |
| Party filing motion: | Appellees |

Ordered that motion is:

☒ Granted

☐ Denied

Appellees have filed an Unopposed Motion to Postpone Oral Argument due to a scheduling conflict. The Court **grants** the motion and withdraws this case from submission and oral argument on February 24, 2022, and **resets** this case for submission and oral argument **in person** on **March 8, 2022 at 1:30 p.m.**

Judge's signature: /s/ Amparo Guerra
                   ☐ Acting individually   ☒ Acting for the Court

Date: February 22, 2022